**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> JUDE J. SKARNS <br><br> Debtor(s) <br> Ronda J. Winnecour, Trustee <br> Movant <br> vs. <br> JUDE J. SKARNS <br><br> Respondents | Case No. 15-22011JAD <br><br> Chapter 13 <br><br> Related to Document No. 67 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  23rd  day of  July , 2020 it is hereby ORDERED, ADJUDGED, and DECREED that,

Clean Textile
Attn: Payroll Manager
51 St St & A V R R
Pittsburgh, PA 15201

is hereby ordered to immediately terminate the attachment of the wages of JUDE J. SKARNS, social security number XXX-XX-2570.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JUDE J. SKARNS.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
7/23/20 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jude J. Skarns  
      Debtor

Case No. 15-22011-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Jul 23, 2020  
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.  
db         +Jude J. Skarns,   2825 Ford Avenue,   Pittsburgh, PA 15235-3620  
             Clean Textile,   Attn: Payroll Manager,   51 St St & A V R R,   Pittsburgh, PA   15201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
         Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Paul W. McElrath, Jr.    on behalf of Debtor Jude J. Skarns ecf@mcelrathlaw.com,  
         donotemail.ecfbackuponly@gmail.com  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                                    TOTAL: 8