**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-22011-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Jude J. Skarns
2825 Ford Avenue
Pittsburgh PA 15235

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/27/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Ditech Financial, LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone Number-888-298-7785 | NewRez LLC d/b/a Shellpoint Mortgage Servicing P.O. Box 10826 Greenville SC 29603 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/29/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jude J. Skarns  
    Debtor

Case No. 15-22011-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: bsil   Page 1 of 1   Date Rcvd: Aug 27, 2020  
                      Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2020.  
14131470      +Ditech Financial, LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,  
        Telephone Number 57709-6154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:  
        Charles Griffin Wohlrab    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing  
         cwohlrab@rascrane.com  
        James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
        James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Paul W. McElrath, Jr.    on behalf of Debtor Jude J. Skarns ecf@mcelrathlaw.com,  
         donotemail.ecfbackuponly@gmail.com  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                     TOTAL: 9