Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jude J. Skarns**
Debtor(s)

Bankruptcy Case No.: 15−22011−JAD

Chapter: 13
Docket No.: 80 − 79

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 29th of September, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/3/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/13/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/3/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jude J. Skarns  
    Debtor(s)

Case No. 15-22011-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jfur      Page 1 of 2  
Date Rcvd: Sep 30, 2020      Form ID: 408      Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jude J. Skarns, 2825 Ford Avenue, Pittsburgh, PA 15235-3620 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway Suite 300, Dallas, Tx 75254-7883 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14055820 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14131470 | + | Ditech Financial, LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone Number 57709-6154 |
| 14068597 | | Duquesne Light Company, c/o Peter Ashcroft, Berstein Law Firm, Suitee 220, Gulf Tower, Pittsburgh, PA 15219 |
| 14055822 | + | Equity One, 523 Fellowship Rd Suite 230, Mt Laurel, NJ 08054-3418 |
| 14055823 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14055824 | + | Greentree Servicing, PO Box 0049, Palatine, IL 60055-0001 |
| 15281704 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 14085849 | + | Penh Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14068602 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14110920 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14131454 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 01 2020 03:17:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14097229 | | Email/Text: blegal@phfa.org | Oct 01 2020 03:16:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14055825 | + | Email/Text: blegal@phfa.org | Oct 01 2020 03:16:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14075910 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 01 2020 03:31:35 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14055826 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 01 2020 03:31:35 | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14068605 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 01 2020 03:15:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, MO 63304-2225 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**    **Name and Address**

Case 15-22011-JAD    Doc 81    Filed 10/02/20    Entered 10/03/20 02:01:26    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: jfur | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: 408 | Total Noticed: 21 |

| cr | | Duquesne Light Company |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14068595 | *+ | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14068596 | *+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5142 |
| 14068598 | *+ | Equity One, 523 Fellowship Rd Suite 230, Mt Laurel, NJ 08054-3418 |
| 14068599 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14068600 | *+ | Greentree Servicing, PO Box 0049, Palatine, IL 60055-0001 |
| 14068601 | *+ | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14068603 | *+ | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14068604 | *+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |
| 14055821 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5142 |
| 14055827 | ##+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |

TOTAL: 2 Undeliverable, 9 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@rascrane.com

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Debtor Jude J. Skarns ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com,
    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

TOTAL: 9