**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JUDE J. SKARNS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-22011 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 28, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/02/2015 and confirmed on 8/7/15 . The case was subsequently        Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 100,411.88 |
| Less Refunds to Debtor | 1,386.81 | |
| TOTAL AMOUNT OF PLAN FUND | | 99,025.07 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,750.00 | |
|    Trustee Fee | 4,370.74 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,120.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DITECH FINANCIAL LLC(*)++ | 0.00 | 43,774.51 | 0.00 | 43,774.51 |
|     Acct: 7513 | | | | |
|   DITECH FINANCIAL LLC(*)++ | 8,556.47 | 8,556.47 | 0.00 | 8,556.47 |
|     Acct: 7513 | | | | |
|   REGIONAL ACCEPTANCE CORP | 18,846.52 | 18,846.52 | 2,487.13 | 21,333.65 |
|     Acct: 1811 | | | | |
|   PHFA(*) | 9,130.00 | 9,130.00 | 1,968.62 | 11,098.62 |
|     Acct: 8254 | | | | |
| | | | | 84,763.25 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUDE J. SKARNS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUDE J. SKARNS | 790.00 | 790.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUDE J. SKARNS | 596.81 | 596.81 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 3,750.00 | 3,750.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-18 | | | | |
|   PENN HILLS SD & PENN HILLS MUNIC (EI⁻ | 2,366.55 | 2,366.55 | 0.00 | 2,366.55 |
|     Acct: 2570 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 1,940.56 | 1,940.56 | 0.00 | 1,940.56 |
|     Acct: XXXXXXXXXXXXXX LLC | | | | |
| | | | | 4,307.11 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 212.26 | 25.48 | 0.00 | 25.48 |
|     Acct: 2570 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,019.04 | 122.35 | 0.00 | 122.35 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 3936 | | | | |
|   DEBT RECOVERY SOLUTIONS LLC | 496.80 | 59.65 | 0.00 | 59.65 |
|    Acct: 2570 | | | | |
|   US DEPARTMENT OF EDUCATION | 5,218.14 | 626.49 | 0.00 | 626.49 |
|    Acct: 2570 | | | | |
|   JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5507 | | | | |
|   EQUITY ONE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7019 | | | | |
|   TRIDENT ASSET++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 6751 | | | | |
| | | | | 833.97 |

TOTAL PAID TO CREDITORS                                                                         89,904.33

TOTAL CLAIMED
PRIORITY          4,307.11
SECURED          36,532.99
UNSECURED        6,946.24

Date: 09/28/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JUDE J. SKARNS

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-22011 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jude J. Skarns  
    Debtor(s)

Case No. 15-22011-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jfur      Page 1 of 2  
Date Rcvd: Sep 30, 2020      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jude J. Skarns, 2825 Ford Avenue, Pittsburgh, PA 15235-3620 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway Suite 300, Dallas, Tx 75254-7883 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14055820 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14131470 | + | Ditech Financial, LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone Number 57709-6154 |
| 14068597 | | Duquesne Light Company, c/o Peter Ashcroft, Berstein Law Firm, Suitee 220, Gulf Tower, Pittsburgh, PA 15219 |
| 14055822 | + | Equity One, 523 Fellowship Rd Suite 230, Mt Laurel, NJ 08054-3418 |
| 14055823 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14055824 | + | Greentree Servicing, PO Box 0049, Palatine, IL 60055-0001 |
| 15281704 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 14085849 | + | Penh Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14068602 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14110920 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14131454 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 01 2020 03:17:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14097229 | | Email/Text: blegal@phfa.org | Oct 01 2020 03:16:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14055825 | + | Email/Text: blegal@phfa.org | Oct 01 2020 03:16:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14075910 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 01 2020 03:31:35 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14055826 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 01 2020 03:31:35 | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14068605 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 01 2020 03:15:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, MO 63304-2225 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14068595 | *+ | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14068596 | *+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5142 |
| 14068598 | *+ | Equity One, 523 Fellowship Rd Suite 230, Mt Laurel, NJ 08054-3418 |
| 14068599 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14068600 | *+ | Greentree Servicing, PO Box 0049, Palatine, IL 60055-0001 |
| 14068601 | *+ | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14068603 | *+ | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14068604 | *+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |
| 14055821 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5142 |
| 14055827 | ##+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |

TOTAL: 2 Undeliverable, 9 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
                on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Brian Nicholas
                on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
                on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@rascrane.com

Jennifer L. Cerce
                on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
                on behalf of Debtor Jude J. Skarns ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Peter J. Ashcroft
                on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
                ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com,
                srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

TOTAL: 9