# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    JUDE J. SKARNS

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-22011 JAD

Chapter 13

Document No.: 79

FILED
11/5/20 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this __5th__ day of __November__, 20__20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jude J. Skarns  
    Debtor(s)

Case No. 15-22011-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 2  
Date Rcvd: Nov 05, 2020     Form ID: pdf900     Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jude J. Skarns, 2825 Ford Avenue, Pittsburgh, PA 15235-3620 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway Suite 300, Dallas, Tx 75254-7883 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14055820 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14131470 | + | Ditech Financial, LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone Number 57709-6154 |
| 14068597 | | Duquesne Light Company, c/o Peter Ashcroft, Berstein Law Firm, Suitee 220, Gulf Tower, Pittsburgh, PA 15219 |
| 14055822 | + | Equity One, 523 Fellowship Rd Suite 230, Mt Laurel, NJ 08054-3418 |
| 14055823 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14055824 | + | Greentree Servicing, PO Box 0049, Palatine, IL 60055-0001 |
| 15281704 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 14085849 | + | Penh Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14068602 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14110920 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14131454 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 06 2020 00:52:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14097229 | | Email/Text: blegal@phfa.org | Nov 06 2020 00:51:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14055825 | + | Email/Text: blegal@phfa.org | Nov 06 2020 00:51:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14075910 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 06 2020 02:05:46 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14055826 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 06 2020 02:05:46 | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14068605 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 06 2020 00:51:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, MO 63304-2225 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID     Bypass Reason    Name and Address**

| District/off: 0315-2 | User: bsil | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 05, 2020 | Form ID: pdf900 | Total Noticed: 21 |

| | | |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14068595 | *+ | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14068596 | *+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5142 |
| 14068598 | *+ | Equity One, 523 Fellowship Rd Suite 230, Mt Laurel, NJ 08054-3418 |
| 14068599 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14068600 | *+ | Greentree Servicing, PO Box 0049, Palatine, IL 60055-0001 |
| 14068601 | *+ | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14068603 | *+ | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14068604 | *+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |
| 14055821 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5142 |
| 14055827 | ##+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |

TOTAL: 2 Undeliverable, 9 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2020            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@rascrane.com

Jennifer L. Cerce
on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor Jude J. Skarns ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 9